UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD S. GORDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:09CV1684 HEA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant, | ) |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same date, the decision of the Commissioner is reversed and remanded for further proceedings in accordance with the Opinion, Memorandum and Order.

Dated this 17th day of March, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE